# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

LAVANNA RUTHERFORD                                              PLAINTIFF

V.                          NO. 3:03CV00185-JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 7th day of June, 2006.

_____
UNITED STATES MAGISTRATE JUDGE